**Dismissed and Opinion Filed April 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01465-CV

**HHRCD, LLC AND MARK CROSSLIN, Appellants**
**V.**
**D ANDI N ENTERPRISES, INC., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14474**

## MEMORANDUM OPINION
Before Justices Francis, Fillmore, and Whitehill
Opinion by Justice Francis

Before the Court is the parties' joint agreed motion to dismiss the appeal based on settlement. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

/Molly Francis/
MOLLY FRANCIS
JUSTICE

171465F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

HHRCD, LLC AND MARK CROSSLIN,
Appellants

No. 05-17-01465-CV     V.

D ANDI N ENTERPRISES, INC.,
Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-14474.
Opinion delivered by Justice Francis,
Justices Fillmore and Whitehill
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As per the parties' agreement, we **ORDER** each party bear its own costs of this appeal.

Judgment entered April 19, 2018.